**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

MASCARO MARINE, LLC,
JOSEPH MASCARO, and
LUCA MASCARO,
        Plaintiffs,

v.                                                          2:25-cv-985-SPC-NPM
                                                            IN ADMIRALTY

UNKNOWN CLAIMANTS,
        Defendants.

---

## ORDER

This action concerns an incident that occurred on or about May 24, 2025, in

the vicinity of the Boca Grande Pass in the territorial waters in or near Charlotte

County, Florida. In October 2025, plaintiffs Mascaro Marine, LLC, Joseph Mascaro,

and Luca Mascaro filed a complaint for exoneration from or limitation of liability.

Thereafter, the court approved the interim security and directed notice to all potential

claimants. And on pain of default, the court directed all potential claimants to file

their claims or answers by April 10, 2026. (Doc. 10).

The deadline for receipt of claims and answers expired and no one answered.[1]

(Doc. 14). Consequently, non-appearing potential claimants have been declared in

default. (Doc. 16). And by defaulting for failing to answer, all non-appearing

---

[1] Plaintiffs aver that they sent a notice of this action to the only known claimant, Hayden Gott, who has since amicably resolved his claims with Plaintiffs and agreed not to assert a claim in this action. (Doc. 14 at 2-3).

- 2 -

claimants admit that Plaintiffs are entitled to exoneration. Fed. R. Civ. P. 8(b)(6) ("An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied.").

Plaintiffs have complied with the Civil Rules, the Supplemental Rules, and the court's Admiralty and Maritime Practice Manual. Accordingly, their motion for default judgment (Doc. 17) is **GRANTED**. The Clerk is directed to enter a default judgment of exoneration in favor of Plaintiffs against all non-appearing claimants and close the case.

**ORDERED** on May 7, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge